**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| GENTRY VINSON | CIVIL ACTION NO. 20-1425-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CADDO CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gentry Vinson's conclusory claims of lack of medical care, as well as his claims against Caddo Correctional Center, Sheriff Steve Prator, and Director Wright are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted. His claims of failure to provide medical care against Nurses Lanell and Brocette remain.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of March, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT